IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:22-CR-00037-MR-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>          Plaintiff, )<br>)<br>v. )<br>)<br>JAMES RALPH BRADY, )<br>          Defendant, )<br>)<br>and )<br>)<br>EASTERN BAND OF CHEROKEE INDIANS, )<br>          Garnishee. )<br>_____ ) | ORDER |

This matter is before the Court on the Government's Motion for Dismissal of Order of Continuing Garnishment (Doc. 56).

For the reasons stated therein and for good cause shown, the Government's Motion is **GRANTED**, and the Order of Continuing Garnishment (Doc. 54) is **TERMINATED**.

Signed: April 5, 2024

W. Carleton Metcalf
United States Magistrate Judge

1